THE BUFFALO LOAN, TRUST AND SAFE DEPOSIT COMPANY, Respondent, *v.* THE MEDINA GAS AND ELECTRIC LIGHT COMPANY et al., Appellants.

Reported below, 12 App. Div. 199.
(Submitted April 17, 1899; decided April 25, 1899.)

MOTION to prefer an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 30, 1896, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that it is for the interest of all the parties and in furtherance of justice that the appeal be given priority.

*Roberts, Becker, Messer & Groat* for motion.

No one opposed.

Motion denied, without costs.

---

SARAH ROCHE, Appellant, *v.* SUPREME LODGE, KNIGHTS OF HONOR, Respondent.

(Submitted April 17, 1899; decided April 25, 1899.)

MOTION by appellant for an order to show cause why an order should not be made vacating an order entered March 7, 1899, dismissing the appeal herein by reason of alleged *laches.*

*W. B. Donihee* for motion.

*W. R. Spooner* opposed.

Motion granted on payment of ten dollars costs to respondent.